UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

In Re:
    Adalberto Vasquez,

Debtor.

**Order Filed on July 30, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

Case No.: 19-16325 SLM

Adv. No.:

Hearing Date: ~~3/14/2017~~ 07/24/2019 @ 10:00 a.m..

Judge: Stacey L. Meisel

# ORDER VACATING STAY & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 30, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Adalberto Vasquez
Case No:  19-16325 SLM
Caption of Order:  ORDER VACATING STAY & RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2016 Toyota Rav4, VIN: 2T3BFREV3GW422835, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Christopher S. Martone, Esquire, attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that the stay as to vehicle 2016 Toyota Rav4, VIN: 2T3BFREV3GW422835 is vacated immediately; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's motion for relief from stay is hereby resolved.