UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Email: martonelaw@gmail.com

In Re:

Adalberto Vasquez

Order Filed on January 6, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 19-16325 (SLM) |
| Chapter: | 13 |
| Judge: | Stacey L. Meisel |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 6, 2020**

Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _07/16/2019_____ :

Property:        101 East Madison Avenue, Dumont, NJ 07628

Creditor:        Deutsche (PHH is servicer)

and a Request for

☒    Extension of the Loss Mitigation Period having been filed by _the debtor_____, and for good cause shown,

☐    Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒    The Loss Mitigation Period is extended up to and including _01/22/2020_____.

☐    The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*