UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Email: martonelaw@gmail.com

In Re:
Adalberto Vasquez

Order Filed on June 16, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-16325 (SLM)
Chapter: 13
Judge: Stacey L. Meisel

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 16, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  6/1/2020  :

Property:     101 East Madison Avenue, Dumont, NJ 07628

Creditor:     Deutsche (PHH is servicer)

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  the debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  09/24/2020 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Adalberto Vasquez  
       Debtor

Case No. 19-16325-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 16, 2020  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.  
db          +Adalberto Vasquez,    101 E Madison Ave,    Dumont, NJ 07628-2419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:  
        Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, ajennings@rasflaw.com  
        Christopher S. Martone    on behalf of Debtor Adalberto Vasquez martonelaw@gmail.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Shauna M Deluca    on behalf of Creditor    Deutsche Bank National Trust Company, sdeluca@rasflaw.com  
        Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, smncina@rascrane.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 8