Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−16325−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adalberto Vasquez
   101 E Madison Ave
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−0429

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/10/21 at 10:00 AM

to consider and act upon the following:

**72** − Application for Extension of Loss Mitigation Period. Filed by Christopher S. Martone on behalf of Adalberto Vasquez. Objection deadline is 2/19/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Martone, Christopher)

**74** − Objection to (related document:72 Application for Extension of Loss Mitigation Period. Filed by Christopher S. Martone on behalf of Adalberto Vasquez. Objection deadline is 2/19/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Adalberto Vasquez) filed by Shauna M Deluca on behalf of Deutsche Bank National Trust Company,. (Attachments: # 1 Exhibit) (Deluca, Shauna)

Dated: 2/16/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court