Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−16325−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adalberto Vasquez
   101 E Madison Ave
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−0429

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/10/21 at 10:00 AM

to consider and act upon the following:

*72* − Application for Extension of Loss Mitigation Period. Filed by Christopher S. Martone on behalf of Adalberto Vasquez. Objection deadline is 2/19/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Martone, Christopher)

*74* − Objection to (related document:72 Application for Extension of Loss Mitigation Period. Filed by Christopher S. Martone on behalf of Adalberto Vasquez. Objection deadline is 2/19/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Adalberto Vasquez) filed by Shauna M Deluca on behalf of Deutsche Bank National Trust Company,. (Attachments: # 1 Exhibit) (Deluca, Shauna)

Dated: 2/16/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 19-16325-SLM
Adalberto Vasquez                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                                    Page 1 of 2
Date Rcvd: Feb 16, 2021                 Form ID: ntchrgbk                                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

**Recip ID        Recipient Name and Address**
db          +   Adalberto Vasquez, 101 E Madison Ave, Dumont, NJ 07628-2419

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021                                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Aleisha Candace Jennings | on behalf of Creditor Deutsche Bank National Trust Company  ajennings@raslg.com |
| Christopher S. Martone | on behalf of Debtor Adalberto Vasquez martonelaw@gmail.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor Robertson  Anschutz, Schneid, Crane & Partners, PLLC sdeluca@raslg.com |

Shauna M Deluca
    on behalf of Creditor Deutsche Bank National Trust Company  sdeluca@raslg.com

Sindi Mncina
    on behalf of Creditor Deutsche Bank National Trust Company  smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9