Order Filed on April 20, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Shauna Deluca, Esq. (SD-8248)

In Re:

**Adalberto Vasquez,**

    **Debtor.**

Case No.:    19-16325-SLM

Chapter:    13

Hearing Date: April 14, 2021

Judge:    Stacey L. Meisel

### AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND OBJECTION TO APPLICATION FOR EXTENSION OF LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: April 20, 2021**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

<u>Secured Creditor</u>: DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-8
<u>Secured Creditor's Counsel</u>: Robertson, Anschutz, Schneid, Crane & Partners, PLLC
<u>Debtor's Counsel</u>: Martone & Associates
<u>Subject Property</u>: 101 East Madison Avenue, Dumont, NJ 08527

Relief sought:    ■ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion and Objection to Debtor's Request to Extend Loss Mitigation are resolved, subject to the following conditions:

1.    Status of post-petition arrearages as of <u>March 31, 2021</u>:

   ■ The Debtor is due for <u>24</u> months from <u>April 1, 2019</u> through <u>March 1, 2021</u>

   ■ The Debtor is overdue for <u>5</u> payments from <u>April 1, 2019</u> through <u>August 1, 2019</u> at $<u>3,407.68</u> per month.

   ■ The Debtor is overdue for <u>13</u> payments from <u>September 1, 2019</u> through <u>September 1, 2020</u> at $<u>3,433.58</u> per month.

   ■ The Debtor is overdue for <u>6</u> payments from <u>October 1, 2020</u> through <u>March 1, 2021</u> at $<u>3,457.29</u> per month.

   Funds Held In Suspense $<u>0.00</u>

   Total Arrearages Due $<u>82,418.68</u>

2.    Debtor must cure all post-petition arrearages, as follows:

   ■ The Debtor shall apply for and secure a Short Sale of the Subject Property on or before <u>July 1, 2021</u> (the "Deadline").  Any sale of the Subject Property is subject to Secured Creditor's approval.

   ■ Beginning on <u>April 1, 2021</u>, monthly adequate protection payments shall be made directly to Secured Creditor in the amount of $<u>2,752.45</u> while the Short Sale is pending.  Should the Debtor fail to make any payment more than thirty (30) days late counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney, and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- Secured Creditor shall not demand the outstanding post-petition arrearages owed through March 2021, pending the Debtor's application for a Short Sale. However, if a Short Sale is not approved on or before the Deadline, Debtor shall have ten (10) days to cure all outstanding post-petition delinquencies or Secured Creditor shall be entitled to immediately file a Certification of Default. Further, if the Debtor is denied a Short Sale, the Debtor shall have ten (10) days to either file a Modified Plan to surrender the Subject Property or cure all outstanding post-petition delinquencies owed, or Secured Creditor shall be entitled to immediately file a Certification of Default. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

3. This Order shall be incorporated in and become a part of any Order confirming the Chapter 13 Plan.

4. In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. Award of Attorneys' Fees:

- The Applicant is awarded attorney fees of $350.00 and costs of $181.00.
  The fees and costs are payable:
- Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_____  
Christopher S. Martone, Esq.  
Attorney for Debtor  
Date: 4/14/21

/s/ Shauna M. Deluca  
Shauna M. Deluca, Esq.  
Attorney for Secured Creditor  
Date: April 14, 2021